Michelle Van Dyke, Esq. (SBN 171477)
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, CA 92101-8504
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Plaintiff KIMBERLY SHRUM and
all others similarly situated

**FILED**
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SHRUM, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>GENESEE VALLEY ASSOCIATES, a New York Corporation; and JOHN AND JANE DOES 1 through 10 inclusive,<br><br>  Defendants. | CASE NO. C 07-04136 CW<br><br>**NOTICE OF DISMISSAL AND ORDER THEREON**<br><br><br>Judge:     Honorable Claudia Wilken<br>Courtroom: 2 |

**PLEASE TAKE NOTICE THAT** pursuant to *Fed. R. Civ. P.* 41(a), Plaintiff KIMBERLY SHRUM (hereinafter "SHRUM"), acting by and through her attorneys of record in this matter, Shewry & Van Dyke, LLP, the docket reflecting that no adverse party has appeared in the action, requests dismissal on the following terms:

(1)  That pursuant to a settlement between the parties, the parties agree that SHRUM's action should be dismissed, **with prejudice**, in its entirety;

(2)  That said, dismissal shall be **without prejudice** as to the claims of members of the putative class; and

/././

/././

---

1

NOTICE OF DISMISSAL AND ORDER THEREON

(3)   SHRUM shall bear her own attorney fees and cost.

DATED: November 7, 2007                    SHEWRY & VAN DYKE, LLP

By _____
Michelle Van Dyke
Attorneys for Plaintiff KIMBERLY SHRUM
and all others similarly situated

### ORDER ON DISMISSAL

IT IS SO ORDERED.

DATED: NOV 13 2007                         _____
                                           JUDGE OF THE DISTRICT COURT